IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN RAMON PHILLIPS                                                    PETITIONER

V.                          CASE NO. 5:16-CV-092-JM-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                                        RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice, and the relief prayed for is DENIED.

IT IS SO ORDERED this 8th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE