IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN RAMON PHILLIPS                                                                    PETITIONER

V.                              CASE NO. 5:16-CV-092-JM-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                                                        RESPONDENT

## AMENDED JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice, and the relief prayed for is DENIED.

IT IS SO ADJUDGED this 5th day of March, 2019, nunc pro tunc to January 8, 2019.

_____
UNITED STATES DISTRICT JUDGE